# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
## CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE



Martin Luther King Jr., Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
(973) 645-6664

February 15, 2017

## LETTER ORDER PURSUANT TO RULE 16.1

**CASE NAME**: VARIOUS PLAINTIFFs v. ASTRAZENECA PHARMACEUTICALS LP., et als.

| | |
|---|---|
| Civil Action No: 16-5143 (CCC) | Civil Action No: 17-194 (CCC) |
| Civil Action No: 17-196 (CCC) | Civil Action No: 17-198 (CCC) |
| Civil Action No: 17-201 (CCC) | Civil Action No: 17-202 (CCC) |
| Civil Action No: 17-203 (CCC) | Civil Action No: 17-204 (CCC) |
| Civil Action No: 17-206 (CCC) | Civil Action No: 17-207 (CCC) |
| Civil Action No: 17-208 (CCC) | Civil Action No: 17-211 (CCC) |
| Civil Action No: 17-212 (CCC) | Civil Action No: 17-213 (CCC) |
| Civil Action No: 17-215 (CCC) | Civil Action No: 17-216 (CCC) |
| Civil Action No: 17-217 (CCC) | Civil Action No: 17-218 (CCC) |
| Civil Action No: 17-219 (CCC) | Civil Action No: 17-500 (CCC) |
| Civil Action No: 17-761 (CCC) | |

Dear Counsel:

A scheduling conference shall be conducted before the undersigned at **11:00 am** on **March 3, 2017,** in Courtroom 5B of the Martin Luther King, Jr. Courthouse Building, 50 Walnut Street, Newark, New Jersey. See <u>Fed. R. Civ. P. 16.1</u> and <u>L.Civ.R.</u> 16.1(a).

Counsel are advised that the initial disclosures of <u>Fed. R. Civ. P. 26</u> will be enforced. Therefore, counsel shall immediately review that rule and comply with either the time of objection process set forth in submission (1)(c) of Rule 26.

At least fourteen (14) days prior to the conference scheduled herein, counsel shall personally meet and confer pursuant to Fed. R. Civ. P. 26(f), and **shall submit a discovery plan to the undersigned not later than 72 hours prior to the conference with the Court.** The discovery plan shall include (1) a brief summary of the claims and defenses; and (2) a proposed schedule for completing fact and expert discovery. The discovery plan may include a summary of the status of settlement negotiations. (THE DISCOVERY PLAN SHALL BE SUBMITTED JOINTLY.)

At the conference, the Court will address scheduling of all motions. No motions except those required by the Federal Rules of Civil Procedure as, for example, listed in Rule 12 (b) shall be filed without prior leave of Court. If any motions have already been filed, please advise the Court immediately, in writing, regarding the nature of the motion and its present status. Pursuant to my Standing Procedures found in Appendix 2 of Lite's New Jersey Federal Practice Rules, you may submit unopposed applications for pro hac vice admission with my Chambers. Please obtain consent of your adversary prior to filing your application, advising both in your cover letter and proposed Order that you have consent.

At the conference, all parties who are not appearing pro se must be represented by counsel who shall have full authority to bind their clients in all pre-trial matters. Counsel shall also be prepared to discuss the merits of the case and have settlement authority. Clients or persons with authority over the matter shall be available by telephone. See L.Civ.R. 16.1(a).

Counsel for plaintiff(s) shall notify any party, who hereafter enters an appearance, of the above conference, and forward to that party a copy of this Order.

The parties must advise this Court immediately if this action has been settled or terminated so that the above conference may be canceled.

Failure to comply with the terms herein may result in the imposition of sanctions.

**SO ORDERED this 15th day of February, 2017.**

_____s/Claire C. Cecchi_____
**CLAIRE C. CECCHI**
**UNITED STATES DISTRICT JUDGE**