# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | | |
|---|---|---|
| VARIOUS PLAINTIFFS,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS LP, et al.,<br><br>　　　Defendants. | Civil Action No: 1605143<br>Civil Action No: 16-08121<br>Civil Action No: 17-00194<br>Civil Action No: 17-00196<br>Civil Action No: 17-00198<br>Civil Action No: 17-00201<br>Civil Action No: 17-00202<br>Civil Action No: 17-00203<br>Civil Action No: 17-00204<br>Civil Action No: 17-00206<br>Civil Action No: 17-00207<br>Civil Action No: 17-00208<br>Civil Action No: 17-00211<br>Civil Action No: 17-00212<br>Civil Action No: 17-00213<br>Civil Action No: 17-00215<br>Civil Action No: 17-00216<br>Civil Action No: 17-00217<br>Civil Action No: 17-00218<br>Civil Action No: 17-00219<br>Civil Action No: 17-00500<br>Civil Action No: 17-00761<br>Civil Action No: 17-01207<br>Civil Action No: 17-01413<br>Civil Action No: 17-01606<br>Civil Action No: 17-01870<br>Civil Action No: 17-02098 | Civil Action No: 17-02465<br>Civil Action No: 17-02475<br>Civil Action No: 17-02597<br>Civil Action No: 17-02700<br>Civil Action No: 17-02744<br>Civil Action No: 17-02999<br>Civil Action No: 17-03056<br>Civil Action No: 17-03191<br>Civil Action No: 17-03192<br>Civil Action No: 17-03193<br>Civil Action No: 17-03197<br>Civil Action No: 17-03200<br>Civil Action No: 17-03204<br>Civil Action No: 17-03207<br>Civil Action No: 17-03209<br>Civil Action No: 17-03210<br>Civil Action No: 17-03211<br>Civil Action No: 17-03265<br>Civil Action No: 17-03302<br>Civil Action No: 17-03316<br>Civil Action No: 17-03343<br>Civil Action No: 17-03346<br>Civil Action No: 17-03365<br>Civil Action No: 17-03366<br>Civil Action No: 17-03461<br>Civil Action No: 17-03467 |

## STATUS CONFERENCE ORDER

The Court conducted a Status Conference on May 17, 2017, and discussed and set forth the following deadlines; and counsel for the parties having consented to the entry of this Order;

IT IS on this 25 day of May, 2017;

ORDERED that

1.　By May 22, 2017, counsel shall meet, confer, and submit agreed upon proposed Scheduling Order and Protective Order, or in the alternative jointly submit a letter describing the areas of disagreement and the parties' respective positions for the Court to decide final orders;

2.   By May 26, 2017, Plaintiffs and Defendants shall exchange proposed Plaintiff and Defense Fact Sheets;

3.   By June 15, 2017, counsel shall submit agreed upon Plaintiff Fact Sheet (PFS), Defense Fact Sheet (DFS), Enabling Order for the PFS/DFS, and a Privilege Log Order, or in the alternative, jointly submit a letter describing the areas of disagreement and the parties' respective positions for the Court to decide final orders; and

4.   The next in-person Status Conference will be conducted on June 27, 2017 at 11:00 a.m.

_____
Hon. Claire C. Cecchi, U.S.D.J.