IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| VARIOUS PLAINTIFFS, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS LP, *et al.*,<br><br>Defendants. | Civil Action No: 16-05143<br>Civil Action No: 16-08121<br>Civil Action No: 17-00194<br>Civil Action No: 17-00196<br>Civil Action No: 17-00198<br>Civil Action No: 17-00201<br>Civil Action No: 17-00202<br>Civil Action No: 17-00203<br>Civil Action No: 17-00204<br>Civil Action No: 17-00206<br>Civil Action No: 17-00207<br>Civil Action No: 17-00208<br>Civil Action No: 17-00211<br>Civil Action No: 17-00212<br>Civil Action No: 17-00213<br>Civil Action No: 17-00215<br>Civil Action No: 17-00216<br>Civil Action No: 17-00217<br>Civil Action No: 17-00218<br>Civil Action No: 17-00219<br>Civil Action No: 17-00500<br>Civil Action No: 17-00761<br>Civil Action No: 17-01207<br>Civil Action No: 17-01413<br>Civil Action No: 17-01606<br>Civil Action No: 17-01870<br>Civil Action No: 17-02098 | Civil Action No: 17-02465<br>Civil Action No: 17-02475<br>Civil Action No: 17-02597<br>Civil Action No: 17-02700<br>Civil Action No: 17-02744<br>Civil Action No: 17-02999<br>Civil Action No: 17-03056<br>Civil Action No: 17-03191<br>Civil Action No: 17-03192<br>Civil Action No: 17-03193<br>Civil Action No: 17-03197<br>Civil Action No: 17-03200<br>Civil Action No: 17-03204<br>Civil Action No: 17-03207<br>Civil Action No: 17-03209<br>Civil Action No: 17-03210<br>Civil Action No: 17-03211<br>Civil Action No: 17-03265<br>Civil Action No: 17-03302<br>Civil Action No: 17-03316<br>Civil Action No: 17-03343<br>Civil Action No: 17-03346<br>Civil Action No: 17-03365<br>Civil Action No: 17-03366<br>Civil Action No: 17-03461<br>Civil Action No: 17-03467 |
|---|---|---|

## **CASE MANAGEMENT ORDER NO. 1 (SCHEDULING)**

1.      Plaintiffs have informally provided Defendants with an initial set of document requests. The parties have met and conferred on said requests, as well as materials already gathered by Defendants in a prior litigation. The parties shall continue to meet and confer on discovery and shall promptly bring any disagreements to the Court for resolution, if needed.

2.      The parties shall exchange proposals for a Plaintiff Fact Sheet, a Defense Fact Sheet, and a Privilege Log Order by May 26, 2017. The parties shall make a joint submission to the Court by June 15, 2017 of the agreed-to proposals or competing proposed documents if no agreement can be reached, as well as an agreed-to, or competing proposals for, an Enabling Order governing the Plaintiff and Defense Fact Sheets. To the extent the parties do not fully agree on any of the documents, the parties shall submit to the Court a joint letter explaining the parties' differences.

ME1 24891166v.1

3. Defendants shall begin a rolling production of electronically stored information (ESI) and documents commencing within **30 days** of the entry of an ESI Order and Protective Order in this matter.

4. Plaintiffs shall provide Defendants with topics for initial 30(b)(6) depositions (corporate organization, document preservation and retention) on or before **June 1, 2017** and these initial depositions shall be completed on or before **September 1, 2017**.

5. By **October 1, 2017**, the parties shall make their recommendations to the Court as to the number and identity of the cases which should be included in the first trial pool ("first trial pool cases"). The parties shall confer on a separate order detailing additional discovery needed for those cases.

6. Plaintiffs' counsel shall meet and confer with Defendants' counsel regarding the status of any outstanding discovery requests and the need for any supplemental productions no later than **December 1, 2017**.

7. On or before **March 15, 2018**, Defendants must certify a good-faith belief that all ESI and documents requested by the Plaintiffs and/or ordered by this Court to be produced have in fact been produced consistent with their obligations under Federal Rules.

8. Any depositions that the parties believe are necessary for the first trial pool cases prior to expert reports being served shall be completed on or before **March 30, 2018**.

9. Plaintiffs' Rule 26(a)(2) expert reports for all experts for the first trial pool cases shall be served on or before **May 14, 2018**.

10. Defendants' Rule 26(a)(2) expert reports for all experts for the first trial pool cases shall be served on or before **June 14, 2018**.

11. On or before **June 18, 2018**, the parties shall advise the Court as to which of the first trial pool cases they request be included in the first trial setting. The Court shall make its selection by **July 6, 2018**.

12. All expert depositions in the first trial pool cases shall take place from **July 9, 2018 through September 14, 2018**.

13. *Daubert* and all dispositive motions relating to the first trial pool cases shall be filed on or before **September 28, 2018**.

14. Oppositions to *Daubert* and any dispositive motions shall be filed on **October 30, 2018**.

15. Replies in support of *Daubert* and any dispositive motions shall be filed on or before **November 20, 2018**.

16. Jury Selection in the first trial shall be **January 7, 2019**. An Order will be later issued with deadlines for pre-trial exchanges, motions in limine, arguments, pre-trial conferences and the second trial date.

_____
Hon. Claire C. Cecchi, U.S.D.J.

Dated: May 25, 2017