# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | | |
|---|---|---|
| VARIOUS PLAINTIFFS, *et al.* | Civil Action No: 16-05143 | Civil Action No: 17-02465 |
| | Civil Action No: 16-08121 | Civil Action No: 17-02475 |
| Plaintiffs, | Civil Action No: 17-00194 | Civil Action No: 17-02597 |
| | Civil Action No: 17-00196 | Civil Action No: 17-02700 |
| vs. | Civil Action No: 17-00198 | Civil Action No: 17-02744 |
| | Civil Action No: 17-00201 | Civil Action No: 17-02999 |
| ASTRAZENECA PHARMACEUTICALS LP, | Civil Action No: 17-00202 | Civil Action No: 17-03056 |
| *et al.*, | Civil Action No: 17-00203 | Civil Action No: 17-03191 |
| | Civil Action No: 17-00204 | Civil Action No: 17-03192 |
| Defendants. | Civil Action No: 17-00206 | Civil Action No: 17-03193 |
| | Civil Action No: 17-00207 | Civil Action No: 17-03197 |
| | Civil Action No: 17-00208 | Civil Action No: 17-03200 |
| | Civil Action No: 17-00211 | Civil Action No: 17-03204 |
| | Civil Action No: 17-00212 | Civil Action No: 17-03207 |
| | Civil Action No: 17-00213 | Civil Action No: 17-03209 |
| | Civil Action No: 17-00215 | Civil Action No: 17-03210 |
| | Civil Action No: 17-00216 | Civil Action No: 17-03211 |
| | Civil Action No: 17-00217 | Civil Action No: 17-03265 |
| | Civil Action No: 17-00218 | Civil Action No: 17-03302 |
| | Civil Action No: 17-00219 | Civil Action No: 17-03316 |
| | Civil Action No: 17-00500 | Civil Action No: 17-03343 |
| | Civil Action No: 17-00761 | Civil Action No: 17-03346 |
| | Civil Action No: 17-01207 | Civil Action No: 17-03365 |
| | Civil Action No: 17-01413 | Civil Action No: 17-03366 |
| | Civil Action No: 17-01606 | Civil Action No: 17-03461 |
| | Civil Action No: 17-01870 | Civil Action No: 17-03467 |
| | Civil Action No: 17-02098 | |

## AMENDED CASE MANAGEMENT ORDER NO. 2 (SCHEDULING)

On May 25, 2017, the Court entered a Status Conference Order and Case Management Order No. 1. Both Orders provided that the parties shall exchange proposals for a Plaintiff Fact Sheet, a Defense Fact Sheet, and a Privilege Log Order by May 26, 2017. The Orders also provided that the parties shall make a joint submission to the Court by June 15, 2017 of the agreed-to proposals or competing proposed documents if no agreement can be reached, as well as an agreed-to Enabling Order governing the Plaintiff Fact Sheet and Defense Fact Sheet or competing proposals for the Enabling Order. To the extent the parties could not fully agree on

ME1 24996430v.1

any of the documents, the parties were to submit to the Court a joint letter explaining the parties' differences.

The parties agree that the June 15, 2017 deadline should be extended by one week, and counsel for the parties having consented to the entry of this Order;

**IT IS** on this 13 day of June, 2017;

**ORDERED** that:

1. By 2 p.m. ET on June 23, 2017, counsel shall submit agreed upon Plaintiff Fact Sheet (PFS), Defense Fact Sheet (DFS), Enabling Order for the PFS/DFS, and a Privilege Log Order, or in the alternative, jointly submit a letter describing the areas of disagreement and the parties' respective positions for the Court to decide final orders.

_____
Hon. Claire C. Cecchi, U.S.D.J.